ACCEPTED
06-15-00052-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/5/2015 4:30:28 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 38803

| | | |
|---|---|---|
| TAMI DONALD, JERRY MOORE, and | § | 336th DISTRICT COURT |
| SUMMIT SPRING WATER CO., INC. | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN RHONE, CHRIS RHONE, | § | |
| BMR DISTRIBUTING, INC., and | § | |
| RHONE WATER CO., INC. | § | FANNIN COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/6/2015 8:24:00 AM
DEBBIE AUTREY
Clerk

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Tami Donald, Jerry Moore, and Summit Spring Water Co., Inc. desire

to appeal from the Final Judgment signed by this Court on May 8, 2015. Plaintiffs

appeal to the Court of Appeals for the Sixth District of Texas at Texarkana.

Respectfully submitted,

/s/ Chad M. Ruback
Chad M. Ruback
State Bar No. 90001244
The Ruback Law Firm
8117 Preston Road, Suite 300
Dallas, Texas 75225
(214) 522-4243
(214) 522-2191 facsimile
chad@appeal.pro
PLAINTIFFS' ATTORNEY FOR APPEAL ONLY

### CERTIFICATE OF SERVICE

On August 5, 2015, I served a copy of this document to counsel for Defendants.

/s/ Chad M. Ruback
Chad M. Ruback

**PLAINTIFFS' NOTICE OF APPEAL**                                                **Page Solo**